STEVE LEWIS v. THE STATE.

Nos. 9577, 9578, 9579.   Delivered June 24, 1925.

Burglary—Escape of Appellant—Appeals Dismissed.

It being made known by proper affidavit that pending his appeals in three cases of burglary appellant escaped from the custody of the Sheriff of Bell County, and by reason of such escape this court no longer has jurisdiction, and the appeals are dismissed.   See Arts. 912, 913, C. C. P.

Appeal from the District Court of Bell County.   Tried below before the Hon. Lewis H. Jones, Judge.

Appeal from a conviction of burglary in three cases; penalty, in cause No. 9577, two years, in cause No. 9578 eight years, in cause No. 9579 five years in the penitentiary.

*J. W. Thomas* and *J. F. Taulbee,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for burglary. Punishment, two years in the penitentiary.

It is made known to us by proper affidavit that appellant escaped from the custody of the sheriff after perfecting the appeal. By reason of such escape this court no longer has jurisdiction. (Arts. 912, 913, C. C. P.)

The appeal is dismissed.

*Dismissed.*